# UNITED STATES DISTRICT COURT
for the
District of Alaska

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:17-CR-00081-001-SLG |
| vs. | ) | |
| | ) | ORDER |
| FRANK E. JAMES BUSH | ) | |

Based on the *Superseding Petition Warrant for Defendant Under Supervised Release* filed on February 13, 2023, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[ ] A WARRANT FOR ARREST be issued and delivered to the U.S. Marshal's Service; and that the petition, probation officer's declaration, this order, and a copy of the warrant be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the defendant.

    [ ] The petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

    **OR**

    [ ] The petition for Supervised Release revocation is referred to the Honorable Chief United States District Judge Sharon L. Gleason (if available) for initial appearance/preliminary hearing(s), and evidentiary hearings. If the District Judge is unavailable, the matter is referred to the Magistrate Judge for initial appearance/preliminary hearing(s).

[ ] A summons be issued.

    [ ] The petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

    **OR**

    [ ] The petition for Supervised Release revocation is referred to the Honorable Chief United States District Judge Sharon L. Gleason (if available) for initial appearance/preliminary hearing(s), and evidentiary hearings. If the District Judge is unavailable, the matter is referred to the Magistrate Judge for initial appearance/preliminary hearing(s).

[ x ] Other: **A warrant or summons is not necessary. The defendant is currently in custody at the Pacific County Jail, located in South Bend, Washington. A United States Marshals Service detainer is already lodged against the defendant as a result of the Petition for Warrant filed in this case at Dkt. 80. The U.S. Probation Officer is Ordered to update the Court regarding the status of this case by March 15, 2023, or sooner should a significant event occur.**

Dated this 14th day of February, 2023.

/s/ *Sharon L. Gleason*
Honorable Sharon L. Gleason
Chief United States District Judge